JDN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pete Ruiz,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio, et al.<br><br>　　　　Defendants, | No. CV 05-3139-PHX-EHC<br><br>**ORDER** |

Pending before the Court is Magistrate Judge Aspey's Report and Recommendation for dismissal of this action without prejudice for Plaintiff's failure to comply with Rule 3.4 of the Local Rules of Civil Procedure, and with Rule 41(b) of the Federal Rules of Civil Procedure. (Doc. #7).  Plaintiff has not filed a Response or Objection.  The Court, having considered the Report and Recommendation of the Magistrate Judge, adopts the Recommendation.  Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. #7) is **adopted**.  The Complaint is **dismissed** without prejudice.

DATED this 7th  day of November, 2006.

_____
Earl H. Carroll
United States District Judge